IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., et al., <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>GERARD GALIOS, et al., <br><br>　　　　Defendants. | CIVIL NO. 19-00327 JAO-KJM <br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GERARD GALIOS |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GERARD GALIOS

Findings and Recommendation having been filed and served on Plaintiffs on December 19, 2019, and on Defendant Gerard Galios on January 6, 2020, and no objections having been filed by any party,

It is hereby ordered and adjudged that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Gerard Galios" is adopted as the opinion and order of this Court.

//

//

//

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, January 31, 2020.



Jill A. Otake
United States District Judge

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GERARD GALIOS, Civil No. 19-00327 JAO-KJM, *Hunter Killer Productions, Inc., et al. v. Gerard Galios, et al.*